IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DINAH TURRENTNIE-SIMS, | ) | |
| | ) | |
| Petitioner, | ) | 8:11CV194 |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF NEBRASKA, | ) | ORDER AND JUDGMENT |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED that petitioner's Petition for Writ of Habeas Corpus is dismissed without prejudice. All other pending motions are denied.

DATED this 12th day of October, 2011.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court